# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MARIA RIVERA,<br><br>      Plaintiff,<br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>      Defendant. | Case No. 1:25-cv-03459-TWT-JSA<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT, EQUIFAX INFORMATION SERVICES, LLC** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, MARIA RIVERA ("Plaintiff"), and Defendant, EQUIFAX INFORMATION SERVICES, LLC ("EQUIFAX"), have reached a settlement in the above-captioned action. Plaintiff expects to file a Notice of Dismissal as to EQUIFAX once settlement documents have been exchanged and executed. Therefore, Plaintiff respectfully requests sixty (60) days to complete the settlement documents and notify this honorable Court of dismissal.

                                                    RESPECTFULLY SUBMITTED,

Dated: December 23, 2025      By:    */s/ Mark A. Carey*
                                                          Mark A. Carey
                                                          Law Offices of Mark A. Carey, P.C.
                                                          5600 Roswell Rd., Ste Bldg. C
                                                          Sandy Springs, GA 30342
                                                          P: (716) 853-9243
                                                          E: markcareylaw@ymail.com

                                                          Attorneys for Plaintiff,
                                                          MARIA RIVERA

## CERTIFICATE OF SERVICE

I certify that on December 23, 2025, I served Plaintiff MARIA RIVERA's Notice of Settlement using the CM/ECF system, which will provide an auto-generated notice to all counsel of record.

By: */s/ Mark A. Carey*
Mark A. Carey
Law Offices of Mark A. Carey, P.C.
5600 Roswell Rd., Ste Bldg. C
Sandy Springs, GA 30342
P: (716) 853-9243
E: markcareylaw@ymail.com

Attorneys for Plaintiff,
MARIA RIVERA